## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

        **Plaintiff,**

**v.**                              **Case No: 6:23-cv-1460-PGB-RMN**

**CARMINE CORTESE, JOHN ANTHONY CORTESE and BACI PIZZERIA RISTORANTE, LLC,**

        **Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, filed December 6, 2023. (Doc. 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Carmine Cortese, John Anthony Cortese, and Baci Pizzeria Ristorante, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 6, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties